IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| JAMES WILKERSON, | ) Civil Action No.: |
| Plaintiff, | ) |
| | ) NOTICE OF REMOVAL |
| vs. | ) |
| | ) State Court No. 22-M-29573 (assigned by |
| INNOVIS DATA SOLUTIONS, | ) the Magistrate Court for Gwinnett County |
| INC., | ) Georgia |
| Defendant. | ) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1332, 1441 and 1446, Defendant Innovis Data Solutions, Inc. ("Innovis") hereby removes the above-captioned litigation to the United States District Court for the Northern District of Georgia. As grounds for removal, Innovis states as follows:

### I.    THIS COURT HAS REMOVAL JURISDICTION.

1.    This litigation involves a civil action that Plaintiff James Wilkerson filed against Defendant Innovis. Exhibit A.

2.    Plaintiff filed his civil action in the Magistrate Court for Gwinnett County, Georgia. *Id*.

3.    Federal law permits defendants sued in a state court to remove a "civil action … of which the district courts of the United States have original

1

jurisdiction … to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

4. Federal law defines this Honorable Court's "original jurisdiction" to include "civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.

5. Plaintiff alleges that Innovis violated the Fair Credit Reporting Act, which is a "law[] … of the United States." Exhibit A at 2 (alleging that "I am bringing this complaint pursuant to … the Fair Credit Reporting Act," and identifying that Act as "FCRA, 15 U.S.C. § 1681 *et seq*.").

6. Because Plaintiff's civil action arises under federal law, it presents a federal question under 28 U.S.C. § 1331 and falls within this Honorable Court's original jurisdiction under 28 U.S.C. § 1441(a).

7. Because Gwinnett County, Georgia is within this Honorable Court's judicial district, this Honorable Court "embrac[es] the place where [this] action is pending" and has removal jurisdiction under 28 U.S.C. § 1441(a).[1]

## II.  THIS NOTICE OF REMOVAL IS TIMELY.

---

[1] Plaintiff filed suit in Gwinnett County but provided an address in Fulton County. Ex. A at 1. Because both counties are within this Court's judicial district, this Court has removal jurisdiction.

8. A defendant must remove litigation to federal court within 30 days from the date on which it was served with process. 28 U.S.C. § 1446(b).

9. Plaintiff served Innovis's registered agent with process on September 9, 2022.

10. Because Innovis is filing this Notice of Removal within 30 days from the date of service – *i.e.*, on or before October 9, 2022, which is 30 days from September 9, 2022 – the Notice of Removal is timely.

### III.  THIS NOTICE OF REMOVAL IS PROPER.

11. In accordance with 28 U.S.C. § 1446 (b), attached hereto as Exhibit A are copies of "all process, pleadings, and orders served upon" Defendant Innovis in this litigation.

12. Pursuant to 28 U.S.C. § 1446(d), the undersigned certifies that immediately after the filing of this Notice of Removal in this Court, a Notice of Notice of Removal (attached hereto as Exhibit B) will be filed in the Magistrate Court for Gwinnett County, Georgia.

WHEREFORE, Defendant Innovis gives notice that the above-captioned litigation has been removed from the Magistrate Court for Gwinnett County, Georgia to the United States District Court for the Northern District of Georgia.

Respectfully submitted by:

/s/ Cammi R. Jones
CAMMI R. JONES
Georgia Bar No. 398999
Cammi.Jones@FisherBroyles.com
945 East Paces Ferry Rd., NE
Suite 2000
Atlanta, Georgia 30326
Tel: (404) 551-3585
Fax: (404) 478-6834
*Counsel for Defendant Innovis*

## CERTIFICATE OF SERVICE

I hereby certify that on October 06, 2022, I served the foregoing Notice of Removal upon Plaintiff by sending a true and correct copy via United States mail addressed to James Wilkerson, 384 Ralph McGill Boulevard, Unit 322, Atlanta, GA 30312.

/s/ Cammi R. Jones
Cammi R. Jones
FisherBroyles, LLP
*Counsel for Defendant Innovis*