IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

James Wilkerson,

    Plaintiff,

v.                          Case No. 1:22-cv-4037-MLB

Innovis Data Solutions, Inc.,

    Defendant.

_____/

## ORDER

This matter is before the Court on Magistrate Judge Justin S. Anand's Final Report and Recommendation ("R&R") (Dkt. 10). The R&R recommends dismissing this action for want of prosecution. No one objects.

"It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). But many district courts still do conduct a limited review of unobjected-to portions of an R&R, typically for clear error. *See* Fed. R. Civ. P. 72(b) advisory

committee's note (1983 Addition) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). Even assuming that review is necessary here, the Court sees no clear error in the Magistrate Judge's conclusions, particularly because this is exactly what the Magistrate Judge warned Plaintiff would happen if he did not comply with the Court's orders.

The Court **ADOPTS** the Magistrate Judge's Final Report and Recommendation (Dkt. 10) and **DISMISSES** this action **WITHOUT PREJUDICE**.

**SO ORDERED** this 23rd day of March, 2023.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE